UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 24-cr-258 (CJN) |
| v. : | |
| : | |
| JEFFREY WAKEFORD, : | |
| : | |
| Defendant : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on October 31, 2024, via USAfx, in relation to the upcoming Sentencing Hearing, scheduled for November 1, 2024. Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The exhibits are as follows:

1. Government Exhibit 1 is a photograph of the defendant, Jeffrey Wakeford (WAKEFORD), in a selfie with another defendant in a different case, John Dine, in front of the West Front of the U.S. Capitol Building. The events depicted in in the exhibit occurred in the early afternoon of January 6, 2021.

2. Government Exhibit 2 is video taken from a body worn camera of MPD Officer R.F. taken on January 6, 2021, which depicts WAKEFORD walking up to the Upper West Terrace of the U.S. Capitol Building. The events depicted in in the exhibit occurred in the early afternoon of January 6, 2021. The video clip lasts approximately 1:11.

3. Government Exhibit 3 is a portion of a publicly available video used as an exhibit in *United States v. Carson Lucard*, 1:22-cr-087, captioned "Capitol Security Footage | Carson

Lucard - Exhibit 2.mp4" and available at https://archive.org/details/nym4GxxcgeSR6bgpY.  This video depicts Wakeford entering the U.S. Capitol Building on the afternoon of January 6, 2021, at approximately 3:07 pm.  The video clip lasts approximately 0:47.

4.     Government Exhibit 4 is a portion of a publicly available video used as an exhibit in *United States v. Nathan Entrekin*, 1:21-cr-686, captioned "Court Case Files | Nathan Entrekin | GOV'T EXHIBIT 01—Nine Videos from Entrekin's Phone.mp4" and available at https://archive.org/details/gov-t-exhibit-01-nine-videos-from-entrekins-phone.  This video depicts events that occurred while WAKEFORD was in the Crypt of the U.S. Capitol Building with John Dine and others on the Afternoon of January 6, 2021.  The video clip lasts approximately 2:18.

5.     Government Exhibit 5 is a portion of a publicly available video captioned "DLive | BakedAlaska | TRUMP RALLY DC-w-QvhT-Gg.mp4" which is available at https://archive.org/download/rTXTrphEFtxRjaDgo/rTXTrphEFtxRjaDgo.mpeg4.  This video depicts Wakeford as he prepares to leave the U.S. Capitol through the window adjacent to the Senate Wing Door and after he does so.  This clip lasts approximately 0:51.

6.     Government Exhibit 6 is a video clip taken from U.S. Capitol Police CCV footage of the Senate Wing Door Hallway at the time that Wakeford left the U.S. Capitol Building at approximately 3:27 pm.  The clip lasts approximately 0:38.

If the Court accepts these proposed exhibits during the sentencing hearing, the United States takes the position that the entered exhibits should be promptly released to the public.

>                              Respectfully submitted,
>
>                              MATTHEW M. GRAVES
>                              United States Attorney
>                              D.C. Bar No. 481052
>
>              By:     /s/Patrick Holvey
>                              PATRICK HOLVEY

                    DC Bar No. 1047142  
                    Assistant United States Attorney  
                    United States Attorney's Office  
                    601 D Street N.W.  
                    Washington, D.C. 20530  
                    Telephone: 202-252-7224  
                    Patrick.Holvey@usdoj.gov