# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 24-cr-258 (CJN) |
| v. : | |
| : | |
| JEFFREY WAKEFORD, : | |
| : | |
| Defendant : | |

## GOVERNMENT'S NOTICE OF SUPPLEMENTAL SENTENCING INFORMATION

The United States of America, through the undersigned, hereby gives this notice of supplemental sentencing information in preparation for the sentencing hearing set for November 7, 2024.

As indicated in the Government's sentencing memorandum, ECF 15 at 18, there is a related case: *United States v. John Dine*, 1:24-cr-259. Mr. Dine was sentenced on November 1, 2024, by Judge Cobb as reflected in the following minute order text:

> Minute Entry for proceeding held on 11/1/2024 before Judge Jia M. Cobb: Sentencing as to JOHN DINE on Counts 3 and 4 of the Information filed on 5/29/2024. Defendant sentenced to 12 Months (1 Year) of Probation as to each of Counts 3 and 4, to run concurrently. Special Assessment of $10 as to each of Counts 3 and 4, for a total of $20. A Fine of $500 and Restitution of $500. Bond Status of Defendant: Placed on Probation; Defense Attorney: Ethan B. Corlija; US Attorney: Patrick C Holvey; Prob Officer: Kira Livesay; Court Reporter: Stacy Johns. (zed) (Entered: 11/01/2024)

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/Patrick Holvey*
        PATRICK HOLVEY
        DC Bar No. 1047142

Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7224
Patrick.Holvey@usdoj.gov

2